In the Matter of the Application of GENERAL OUTDOOR ADVERTISING Co., INC., Petitioner, for an Order to Review the Determination of HARRIS H. MURDOCK, Chairman, and Others, etc., Respondents. GENERAL OUTDOOR ADVERTISING Co., INC., Petitioner, Appellant; HARRIS H. MURDOCK, Chairman, and Others, Constituting the Board of Standards and Appeals of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements, without prejudice, however, to the filing of an amended application by petitioner which shall conform to the statute (Multiple Dwelling Law, tit. 1, art. 4, § 101). Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ANNA K. ADERER, Respondent, v. EDWIN ADERER, Appellant.— Judgment unanimously modified by reducing the amount of alimony to be paid to plaintiff for her support and maintenance to the sum of thirty-five dollars per week, and, as so modified, affirmed, without costs. No opinion. Settle order on notice, reversing findings of fact and conclusions of law contained in the decision with respect to an agreement on the part of the defendant to support plaintiff's child by a prior marriage, and containing new finding in support of the determination here made. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

JOSEPH S. ABRAMS, Doing Business under the Firm Name and Style of ABRAMS & Co., Appellant, v. MILNAG LEASING CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Callahan, J., dissents on the ground that a prima facie case was established, based upon proof that the condition precedent was waived.

HERMAN GOLDSMITH, Appellant, v. KENNETH L. HICKOK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. METROPOLITAN RESTAURANT AND CAFETERIA ASSOCIATION and Others, Defendants, Impleaded with JOHN J. WILLIAMS and ALADER RETEK, Respondents.— Orders unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

FRANK LAMBERT, Plaintiff, v. BULKLEY AND HORTON COMPANY, Defendant, Respondent. JUSTINE L. LAMBERT, as Executrix, etc., of FRANK LAMBERT, Deceased Plaintiff, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.